**MARY HOTARD BECNEL AND BRADLEY D. BECNEL**

**VERSUS**

**JENNIFER SALAS, WIFE OF/AND CAMILO SALAS**

\*     NO. 2025-CA-0522

\*     COURT OF APPEAL

\*     FOURTH CIRCUIT

\*     STATE OF LOUISIANA

\*

\*

\* \* \* \* \* \* \*


*TGC*     **CHASE, J., CONCURS IN THE RESULT**